CHARLES RYE, Appellant, v. SOUTH BROOKLYN RAILWAY COMPANY, Respondent.—Judgment unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

PHILIP SCHNEIDER, Appellant, v. NEW YORK AND LONG ISLAND TRACTION COMPANY, Respondent.—Judgment unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

ROBERT A. SMITH, Appellant, v. FREDERICK W. SCHROEDER, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

HELENA DAY SNYDER, Appellant, v. LOUIS J. SNYDER, Individually and as Trustee, etc., and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

WILLARD AMERMAN, as Receiver, etc., Respondent, v. HARRIS GOODMAN and Others, Appellants.—Motion denied without prejudice to a renewal of the motion to dismiss the appeal five days after the determination of the appeal in *Goodman* v. *Walden*, or at the December term if that appeal has not then been argued. Present—Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

OSCAR FRIED, Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.—Motion granted and appeal dismissed. Present—Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

JOSEPH T. GRIFFIN, Appellant, v. UTILITY GARAGE COMPANY, INC., Respondent.—Motion denied on condition that appellant perfect the appeal, place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present—Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK to Acquire Title to Lands for a Public Park at Coney Island, etc.—Motion granted. Present—Thomas, Carr, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Thomas.

In the Matter of Opening of HEGEMAN AVENUE, etc. LOTUS REALTY COMPANY, Respondent, v. SILVER BELL REALTY CORPORATION, Appellant.—Motion for stay granted. Present—Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of HUGH A. McTERNAN, an Attorney.—Matter referred back to the official referee to take the testimony offered by the petitioner in support of the charges. We do not feel that upon the evidence returned in the minutes we can pass upon the merits. Present—Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.